UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00158-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TIMOTHY LAMONT HARGROVE | |

Upon motion of the Defendant with the consent of the Government, and for good cause shown, the arraignment and sentencing will be conducted simultaneously at this court's August 16, 2018, scheduled hearing.

SO ORDERED.

This \_\_\_7th\_\_\_ day of August, 2018.

_____
LOUISE WOOD FLANAGAN
United States District Judge